**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In the Matter of C.J.R.,
Infant under the age of 16

JUAN CARLOS RUIZ CORRAL,　　　　　　　　CASE NO.: 6:22-CV-1752
　　　　Petitioner

Vs.

DILEY REGLA ROMERO RAMOS,
　　　　Respondent

**STIPULATED MOTION FOR CONTINUANCE**

**COMES NOW**, the undersigned Counsel on behalf of Juan Carlos Ruiz Corral, Petitioner, and Diley Regla Romero Ramos, Respondent, and hereby state as follows:

1. An evidentiary hearing is scheduled on the above referenced case on October 27, 2022 at 10:00 a.m.; and

2. The parties have entered a private agreement for the Return of the Minor Child to Mexico; and

3. In the Agreement, the parties have agreed to continue this hearing for approximately two (2) weeks in order to facilitate the amicable child's return to Mexico; and

4. In the Agreement, the parties agree that if the child is not allowed to return to Mexico, then the evidentiary hearing will move forward.

**Wherefore,** undersigned Counsel stipulate and motion for the continuance of the evidentiary hearing and request the Court GRANT this Motion for Continuance and set a new evidentiary hearing date in approximately two (2) weeks.

_____  10/26/2022
Paula Simone Freitas                                              Date
Attorney for Petitioner
Freitas Law Firm, PA
715 Ellwood Avenue
Orlando, FL 32804


*Crisol Lopez Palafox*                                             10/26/2022
_____  _____
Crisol Lopez Palafox                                              Date
Attorney for Respondent
éclat Law, P.A.
307 Cranes Roost Blvd, Ste. 2010
Altamonte Springs, FL 32701