UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN CARLOS RUIZ CORRAL,

    Petitioner,

v.                                        Case No.: 6:22-cv-1752-WWB-DAB

DILEY REGLA ROMERO RAMOS,

    Respondent.

_____/

## PETITIONER AND RESPONDENT'S STATUS REPORT IN COMPLIANCE WITH DE-35

Petitioner, JUAN CARLOS RUIZ CORRAL, and Respondent, DILEY REGLA ROMERO RAMOS, by and through their respective counsel, and in compliance with this Court's Order [DE-35] dated October 28, 2022, hereby provide this Status Report:

1. On October 5, 2022, Petitioner filed his Petition against Respondent. [DE-7]

2. On October 27, 2022, this Court held a status conference with the parties. At the time of this status conference, Respondent expressed needing additional time to come to an Agreement with Petitioner for the return of the child. This Court suggested mediation as a way to help come together on agreed terms.

3. This Court ordered the Respondent's Attorney to send Respondent's proposed conditions to Petitioner's Attorney by October 28, 2022.

4. However, should Respondent and Petitioner not be able to reach an Agreement by Monday, October 31, 2022, this Court suggested Mediation as a possible resource.

5. After much consideration, Respondent decided to take heed of this Court's suggestion for mediation to have meaningful discussion with Petitioner in lieu of sending written proposed conditions to Petitioner.

6. Respondent's Attorney conferred with Petitioner's counsel regarding the same on October 28, 2022. When asked if Petitioner's counsel was opposed to Mediation, as this Court suggested, Petitioner's counsel responded "[w]e can leave the decision for mediation up to the Judge."

7. Petitioner's Attorney requests a date certain be set to be heard on the underlying Petition for Return of Child to Mexico.

8. Petitioner's Attorney is unavailable on November 9-11 due to a pre-scheduled out-of-country trip.

9. Respondent's Attorney is unavailable on November 3-7 due to a pre-scheduled out-of-state trip.

10. Respondent's Attorney will be filing a Motion requesting Mediation in an effort to reach an amicable agreement with Petitioner.

Respectfully submitted:

| **Freitas Law Firm, P.A.** | **Éclat Law, P.A.** |
|---|---|
| /s/ P. J. Freitas<br>P. Simone Freitas, FBN: 103715<br>simone@freitaslawfirm.com | /s/ Crisol Lopez Palafox<br>Crisol Lopez Palafox, FBN: 1031282<br>Crisol.lopezpalafox@eclatlaw.com |

| | |
|---|---|
| 715 Ellwood Avenue<br>Orlando, Florida 32804<br>Telephone: (407) 702-9305<br>*Attorney for Petitioner* | Kevin K. Ross Andino, FBN: 66214<br>Kevin.ross@eclatlaw.com<br><br>307 Cranes Roost Blvd., Suite #2010<br>Altamonte Springs, Florida 32701<br>Telephone: (407) 636-7004<br>*Attorneys for Respondent* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court this 31st day of October 2022 by using the Federal Case Management/Electronic Case Files System (CM/ECF System). Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the CM/ECF Electronic Service List, via transmission of Notices of Electronic Filing generated by the CM/ECF System.

*/s/ Crisol Lopez Palafox*
Crisol Lopez Palafox, Esq.