**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JUAN CARLOS RUIZ CORRAL,

    Petitioner,

v.                                                Case No. 6:22-cv-1752-WWB-DAB

DILEY REGLA ROMERO RAMOS,

    Respondent.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Stipulated Motion for Return of Minor Child to Country of Habitual Residence (Doc. 43). Therein, the parties state they have entered into a Mediated Agreement (Doc. 43-1) to fully resolve the above-styled action. The parties request that the Court endorse and approve the Mediated Agreement and issue an order for the return the minor child with the initials C.J.R. (the "**Child**") to Mexico. The Court finds that the Mediated Agreement is reasonable and will memorialize their agreement. This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention.

Therefore, pursuant to 22 U.S.C. § 9003(a), it is **ORDERED** and **ADJUDGED** as follows:

1. The parties' Stipulated Motion for Return of Minor Child to Country of Habitual Residence (Doc. 43) is **GRANTED**.

2. The evidentiary hearing set for November 18, 2022, is **CANCELED**.

3. The parties are directed to follow the provisions in the Mediated Agreement (Doc. 43-1).

4. The Child shall be returned in the company of Jorge Alberto Palomares Ruiz or Alma Casillas (collectively, "**Authorized Travel Companion**"), to Mexico no later than **November 24, 2022**, as set forth in the parties' Mediated Agreement (Doc. 43-1).

5. Upon finalization of travel arrangements for the Child, Petitioner shall promptly inform Respondent of the airline, flight number, flight departure date and time, and place and time to meet the Authorized Travel Companion on the day of travel, along with estimated time of arrival at any layover, and estimated time of arrival at his home in Mexico.

6. The Child shall be delivered to a designated public place and transferred to the custody of an Authorized Travel Companion for purposes of the Child's return travel to Mexico on the morning of the flight, with the appropriate travel documents and Child's belongings, in sufficient time to allow for travel to the airport, security clearance, and check-in prior to their scheduled flight departure time.

7. The Clerk is directed to release the Child's passport to Respondent.

8. Respondent shall make arrangements with the Mexican Consulate in Orlando, Florida, on or before **November 21, 2022**, to obtain a valid passport for the Child, along with any other travel documentation needed.

9. Respondent shall provide the official travel documents and any other documents required for the Child to fly with the Authorized Travel Companion.

10. On or before **November 25, 2022**, Respondent shall notify the Court that the Child has been returned to Mexico. Upon such notice, the Clerk is directed to release Respondent's travel documents and close this case.

**DONE AND ORDERED** in Orlando, Florida on November 16, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record