UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN CARLOS RUIZ CORRAL,

    Petitioner,

v.                                                  Case No.: 6:22-cv-1752-WWB-DAB

DILEY REGLA ROMERO RAMOS,

    Respondent.
_____/

**NOTICE OF COMPLIANCE WITH ORDER DE-44**

Respondent, DILEY REGLA ROMERO RAMOS, by and through the undersigned counsel, hereby provides Notice of Compliance with Order DE-44.

- On November 24, 2022, C.J.R.R. arrived in Mexico, as outlined in the Mediated Agreement.

Respectfully submitted this 24th day of November 2022:

                                                              **éclat Law, P.A.**

                                                              */s/ Crisol Lopez Palafox*
                                                              Crisol Lopez Palafox, FBN: 1031282
                                                              crisol.lopezpalafox@eclatlaw.com
                                                              Kevin K. Ross Andino, FBN: 66214
                                                              kevin.ross@eclatlaw.com

                                                              307 Cranes Roost Blvd., Suite #2010
                                                              Altamonte Springs, Florida 32701
                                                              Telephone: (407) 636-7004
                                                              *Attorneys for Respondent*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court this 24th day of November 2022 by using the Federal Case Management/Electronic Case Files System (CM/ECF System). Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the CM/ECF Electronic Service List, via transmission of Notices of Electronic Filing generated by the CM/ECF System.

*/s/Crisol Lopez Palafox*
Crisol Lopez Palafox, Esq.