UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN CARLOS RUIZ CORRAL,

    Petitioner,

v.                                    Case No.: 6:22-cv-1752-WWB-DAB

DILEY REGLA ROMERO RAMOS,

    Respondent.

_____/

## **STIPULATED VOLUNTARY DISMISSAL**

    Petitioner, JUAN CARLOS RUIZ CORRAL, and Respondent, DILEY REGLA ROMERO RAMOS, by and through their respective counsel, and in compliance with this Mediated Agreement of 11/14/2022, hereby enter this Voluntary Dismissal of the underlying Petition and request the Case to be CLOSED.

Respectfully submitted:

| **Freitas Law Firm, P.A.** | **Éclat Law, P.A.** |
|---|---|
| /s/ *P.J. Freitas* | */s/ Crisol Lopez Palafox* |
| P. Simone Freitas, FBN: 103715 | Crisol Lopez Palafox, FBN: 1031282 |
| simone@freitaslawfirm.com | Crisol.lopezpalafox@eclatlaw.com |
| | Kevin K. Ross Andino, FBN: 66214 |
| 715 Ellwood Avenue | Kevin.ross@eclatlaw.com |
| Orlando, Florida 32804 | |
| Telephone: (407) 702-9305 | 307 Cranes Roost Blvd., Suite #2010 |
| *Attorney for Petitioner* | Altamonte Springs, Florida 32701 |
| | Telephone: (407) 636-7004 |
| | *Attorneys for Respondent* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court this 26th day of November 2022 by using the Federal Case Management/Electronic Case Files System (CM/ECF System). Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the CM/ECF Electronic Service List, via transmission of Notices of Electronic Filing generated by the CM/ECF System.

*P. J. Freitas*
_____
P. Simone Freitas