**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JUAN CARLOS RUIZ CORRAL,

    Petitioner,

v.                                       Case No. 6:22-cv-1752-WWB-DAB

DILEY REGLA ROMERO RAMOS,

    Respondent.

## ORDER

THIS CAUSE is before the Court on the parties' Stipulated Voluntary Dismissal (Doc. 48), filed November 26, 2022. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida on November 29, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record